JUDGE JAMES L. ROBART
MAGISTRATE JUDGE MONICA J. BENTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DAVID KALACHIK,<br>A # 71-281-743<br><br>            Petitioner,<br><br>       v.<br><br>ALBERTO GONZALES, Attorney General; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; A. NEIL CLARK, Field Office Director, Seattle Field Office, Bureau of Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,<br><br>            Respondents. | NO. C05-01942JLR(MJB)<br><br>ORDER ON STIPULATION FOR DISMISSAL |

THE PARTIES having stipulated and agreed that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 22nd day of February, 2006.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL - 1
(David Kalachik; C05-01942JLR(MJB))

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  Recommended for Entry

2  this 22nd day of February, 2006.

3

4  /s/Monica J. Benton
   MONICA J. BENTON
   United States Magistrate Judge

5

   Presented by:

6

7  s/ Jay W. Stansell, WSBA No. 18752
   Attorney for David Kalachik
8  Federal Public Defender
   1601 Fifth Avenue, Suite 700
9  Seattle WA 98101
   206/553-1100 voice
10 206/553-0120 facsimile
   Jay_Stansell@fd.org

11

12

13 JOHN McKAY
   UNITED STATES ATTORNEY
14
   s/ Darwin P. Roberts
15 Darwin P. Roberts, WSBA # 32539
   Assistant United States Attorney
16 United States Attorney's Office
   700 Stewart Street, Suite 5220
17 Seattle, Washington 98101-1271
   Telephone: (206) 553-7970
18 Fax: (206) 553-4067
   E-mail: darwin.roberts@usdoj.gov
19 Attorney for Respondents

20

21

22

23

24

25

26

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL - 2
(David Kalachik; C05-01942JLR(MJB))

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**